IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAURA A. GUIST,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-529-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered reversing the decision of defendant Michael J. Astrue, Commissioner of Social Security, under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and remanding the case for further proceedings.

_____  
Peter Oppeneer, Clerk of Court

4/5/10  
Date